decision of this application.  *Jack L. Rorschach* for petitioner.  *Acting Solicitor General Stern, Assistant Attorney General Baldridge, James L. Morrisson* and *Samuel D. Slade* for respondent.

No. 114, Misc.  ALEXANDER *v.* UNITED STATES.  Court of Claims.  Certiorari denied.

No. 130, Misc.  CLOSE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  Petitioner *pro se.  Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg* and *Murry Lee Randall* for the United States.

No. 145, Misc.  PIZZO, ADMINISTRATOR, *v.* GEOTECHNICAL CORPORATION.  C. A. 5th Cir.  Certiorari denied.  *Milton C. Grace* for petitioner.

No. 148, Misc.  SALVAGGIO *v.* BARNETT ET AL.  Court of Civil Appeals of Texas, First Judicial District.  Certiorari denied.  *Hayden C. Covington* for petitioner.

No. 154, Misc.  EX PARTE HAYSLIP.  Supreme Court of Tennessee, Middle Division.  Certiorari denied.

No. 162, Misc.  SCOTT ET AL. *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *William E. Owen* for petitioners.  *Acting Solicitor General Stern, Assistant Attorney General Murray* and *Beatrice Rosenberg* for the United States.